FILED: July 5, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1224 (L)
(3:19-cv-00157-GCM-DCK)

_____

RED APPLE DEVELOPMENT, LLC

    Plaintiff - Appellee

v.

RUFUS ROAD PARTNERS, LLC

    Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Response/reply brief due: 07/29/2022

Reply brief permitted within 21 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk